1  David J. Feldman, Esq.
   Nevada Bar No. 5947
2  John C. Dorame, Esq.
   Nevada Bar No. 10029
3  THE FELDMAN FIRM
   8831 West Sahara Ave.
4  Las Vegas, Nevada 89117
   Telephone: (702) 949-5096
5  Facsimile: (702) 949-5097
   dfeldman@feldmanattorneys.com
6  jdorame@feldmanattorneys.com
   Attorneys for Defendant Mid-Century Insurance
7  Company

8                **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF  NEVADA**

10 SABRINA YEAGER, as Guardian ad Litem  of  )   Case No.:  3:21-cv-00402-MMD-CLB
   CHRISTY SHAMBLIN, a minor child; and,     )
11 RUBY J. SHAMBLIN                           )
                                             )
12        Plaintiffs,                         )
                                             )   **STIPULATION AND ORDER TO**
13     vs.                                    )   **REMAND**
                                             )
14 MID-CENTURY INSURANCE COMPANY;            )
   DOES I-X, inclusive, ABC CORPORATIONS,    )
15 inclusive, and, XYZ PARTNERSHIPS,         )
   inclusive,                                )
16
          Defendants.
17 _____

18        IT IS HEREBY STIPULATED, by and between the Plaintiffs, Sabrina Yeager, as Guardian

19 ad Litem of Christy Shamblin, a minor child, and Ruby J. Shamblin and Defendant Mid-Century

20 Insurance Company, by and through their respective counsel of record, that:

21        1.     That after discussion of the parties regarding the criteria of 28 U.S.C. §1332, and

22 by mutual agreement,  this matter should be remanded to State Court; and

23        2.     That this case be remanded to the Elko County District Court, Case No:

24 DC-CV-21-87, in order to allow the Plaintiffs, Sabrina Yeager, as Guardian ad Litem of Christy

25 Shamblin, a minor child, and  Ruby J. Shamblin to pursue their claims in the originally filed State

26 Court action.

27 . . .

28

                              1

**IT IS SO STIPULATED.**

Dated: _____9/22/2021_____          Dated: _____9/22/2021_____

*/s/ Denise Bradshaw*_____          */s/ David Feldman*_____
Denise Bradshaw, Esq.          David J. Feldman, Esq.
NV Bar No. 10521          Nevada Bar No. 5947
603 Pine Street          THE FELDMAN FIRM
Elko, NV 89801          8831 West Sahara Ave.
(775) 738-7444          Las Vegas, Nevada 89117
*Attorney for Plaintiff Sabrina Yeager,*          Telephone: (702) 949-5096
*as Guardian ad Litem of Christy Shamblin, a*          *Attorneys for Defendant*
*minor child*          *Mid-Century Insurance Company*

Dated:_____9/22/2021_____

*/s/ Jay Kenyon*_____
Jay Kenyon, Esq.
NV Bar No. 6376
7881 W. Charleston Blvd., Suite 165
Las Vegas, NV 89117
(702) 888-0000
*Attorney for Ruby Shamblin*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: _____September 23, 2021_____

2